

# CONCLUSION

Despite decades of international attention, the Russian forest sector remains acutely criminalized. The forests of Eastern Russia, which once sustained a vibrant timber products manufacturing industry, employing hundreds of thousands of people across the region, is now overrun by timber mafias that operate with impunity, sourcing wood from roving brigades who routinely flout laws and pay bribes to secure continued access to high value hardwoods. While some courageous local organizations and forest officials in Russia remain committed to protecting their forest resources, illegal timber harvesting remains the status quo in the RFE.

This crisis is debilitating the RFE economy, destroying key ecosystems for local communities and the habitat for the last Siberian tigers, while simultaneously robbing governments of much-needed revenue and undermining legitimate business operators around the globe who are making every effort to compete with legal products.

Russia has recently begun to crack down on the systemic illegal logging that is ravaging its forests, arresting kingpins of organized criminal networks. Such efforts are a necessary feature of an effective response to this crisis, deserving support from the international community, but much more remains to be done to effectively reform forest management practices and governance in Eastern Russia. These nascent efforts are unlikely to deliver significant impact for the forests of the Far East if cheap, illegal wood products are still welcomed by the international market. Leading consumer governments have recognized the role of

indiscriminate sourcing and international market demand in driving and perpetuating the illegal logging crisis. Many have responded by enacting new policies to prohibit the flow of illegally sourced timber and wood products.

These new laws are decreasing illegal logging rates around the world, helping to mitigate climate change, and transforming market behavior. Corporations are now faced with a decision to either clean up their sourcing practices or continue buying the cheapest wood they can without regard to its origins, risking reputational and financial repercussions as well as possibly criminal penalties. While increased awareness of the demand for legality is driving markets in a positive direction, there are still many who choose to roll the dice and skirt the laws. Effective and consistent enforcement of these new consumer country laws provides a significant deterrent effect that will powerfully motivate companies to continue to more proactively ensure legal sourcing and solidify the market transformation that began with their passage.

EIA's investigation demonstrates that it is possible to track wood through opaque processing centers in China to its ultimate destination in showrooms around the world. As the largest purchaser of timber from Eastern Russia, China has a particular responsibility to stem the flow of illegal timber by enacting a clear prohibition on illegal timber imports destined for both subsequent export and domestic end use. China's failure to act will imperil the viability of its growing manufacturing base, as key consumer markets clamp down on illegal wood imported from

## Companies violating the law must be held to account for the devastating impact of their indiscriminate sourcing practices on the forests and people of the world.

China. Just as the Lacey Act in the United States was passed with the support of its domestic industry that was concerned about being undercut by cheap, illegal products, new regulations to prohibit illegal imports will support the competitiveness of China's rapidly growing domestic industry.

EIA's investigation revealed that since the 2008 Lacey Act amendments became law, Lumber Liquidators has imported millions of square feet of solid oak flooring from a manufacturer that freely describes its own illegal logging practices and is under scrutiny by Russian authorities for illegal logging in the most threatened temperate forest in the world. Companies violating the law must be held to account for the devastating impact of their indiscriminate sourcing practices on the forests and people of the world. Moreover, without action by governments to enforce laws like the Lacey Act, the final consumer will unwittingly remain the source of wealth that funds the mafias who are raiding the world's forests.



# RECOMMENDATIONS

## THE GOVERNMENT OF THE UNITED STATES SHOULD:

- Fully fund the 2008 Lacey Act amendments to ensure all relevant authorities have adequate resources to comprehensively implement the law, including modest investments for the Department of Agriculture's Animal and Plant Health Inspection Service (USD $5.5 million), the Department of Interior's Fish and Wildlife Service (USD $4 million) and the Department of State and the U.S. Agency for International Development (USD $4 million).

- Investigate possible violations of the law and fully prosecute any known violations.

- Increase scrutiny at ports. Enforcement officials should avail themselves of well-established seizure and forfeiture provisions of U.S. law.

- Support the development of robust DNA and stable isotopic reference data sets in key supply countries and for key timber species to enable accurate determinations of country of harvest, and employ such innovative tracking technologies routinely in enforcement related activities.

- Make summary analyses of data collected through the Lacey Act declaration form (PPQ 505) publicly available.

## THE GOVERNMENT OF CHINA SHOULD:

- Implement new regulations that prohibit the import of illegally sourced wood products, require importers to conduct due diligence throughout the supply chain, and establish proportionate and dissuasive penalties for non-compliance.

- Elevate responsibility for eradicating China's trade in illegal timber imports to a formal coordinating body comprising senior officials from Ministry of Commerce (MOFCOM), Ministry of Foreign Affairs, General Administration of Customs, as well as the State Forest Administration (SFA).

- Develop legally binding measures to ensure that Chinese forestry operations abroad follow national laws in host countries.

- Improve cross-border cooperation with Russian forest law enforcement and customs officials to investigate suspected illegal timber shipments entering China.

- Institute laws that criminalize corruption or bribery of foreign officials by Chinese companies, in line with anti-corruption policies and regulations in the UK and the US.

## THE GOVERNMENT OF RUSSIA SHOULD:

- Adequately fund regional forestry bureaus to improve investigative, enforcement and supervisory capacity.

- Conduct a systematic reassessment of actual timber stocks in those regions most affected by illegal logging in order to set permitted logging volumes at sustainable levels.

- Enact and implement the new federal law, currently under debate, on regulation of roundwood trade, requiring complete information on timber origin, including concession of harvest, to be listed on transport documents accompanying all timber shipments.

- Conduct a thorough assessment of public offices involved in forest governance, including forest agencies at all levels, local law enforcement, prosecutors, and judiciary; investigate instances of suspected corruption and remove from office any actors known to be engaged in corrupt practices.

- Work bilaterally with destination countries, in particular China, to strengthen border control to ensure legal timber flows.

## THE GOVERNMENT OF JAPAN SHOULD:

- Implement new regulations that prohibit illegal wood products, require importers to conduct due diligence throughout the supply chain and establish proportionate and dissuasive penalties for non-compliance.

## THE EUROPEAN UNION SHOULD:

- Investigate possible violations of the EU Timber Regulation (EUTR) and fully prosecute any known violations.

- Ensure that all member states are fully implementing the EUTR.

- Make basic information about imports of wood products publicly available to enable independent review of compliance with the EUTR.

- Support the development of robust DNA and isotopic reference data sets in key supply countries to enable accurate determinations of country of harvest and employ such innovative tracking technologies routinely in enforcement related activities.

## THE GOVERNMENT OF AUSTRALIA SHOULD:

- Investigate possible violations of the Australian Illegal Logging Prohibition Act and fully prosecute any known violations.

- Support the development of robust DNA and isotopic reference data sets in key supply countries to enable accurate determinations of country of harvest and employ such innovative tracking technologies routinely in enforcement related activities.

## THE GOVERNMENT OF CANADA SHOULD:

- Investigate possible violations of the Wild Animal and Plant Protection and Regulation of International and Interprovincial Trade Act (WAPPRIITA), as well as its associated regulations, and fully prosecute any known violations.



- Pass new legislation requiring forest product importers to conduct due diligence throughout their supply chains.

## THE GLOBAL FOREST PRODUCTS INDUSTRY SHOULD:

- Establish rigorous legality verification systems when sourcing Russian or Chinese timber and wood products.
- Request current, accurate documentation demonstrating legal origin, but do not rely solely on collecting such documents; ask probing questions of suppliers, conduct site visits, consult with local, knowledgeable stakeholders.

- Conduct periodic DNA or stable isotopic analysis on hardwood imports from China or Russia to determine whether the species and origin matches those claimed by your supplier.



## GLOSSARY/ABBREVIATIONS

### ABBREVIATIONS AND ACRONYMS

| | |
|---|---|
| AAC | Annual Allowable Cut |
| CEO | Chief Executive Officer |
| CITES | Convention on International Trade in Endangered Species |
| $CO_2$ | Carbon dioxide |
| DNA | deoxyribonucleic acid |
| EIA | Environmental Investigation Agency, Inc. |
| EU | European Union |
| EUTR | European Union Timber Regulation |
| FLEGT | Forest Law Enforcement, Governance and Trade |
| FGHY | Fast Growing High Yield |
| FSC | Forest Stewardship Council |
| GDP | Gross Domestic Product |
| GTTN | Global Timber Tracking Network |
| Ha | Hectare |
| INTERPOL | International Criminal Police Organization |
| km | kilometers |
| $m^3$ | cubic meters |
| mm | millimeters |
| MOFCOM | Chinese Ministry of Foreign Commerce |
| NGO | Non-Governmental Organization |
| RFE | Russian Far East |
| RWE | Roundwood Equivalent |
| SFA | Chinese State Forestry Administration |
| TLVS | China's draft Timber Legality Verification Scheme |
| UK | United Kingdom |
| UNESCO | United Nations Educational, Scientific and Cultural Organization |
| USD | United States Dollar |
| WAPPRIITA | Canada's Wild Animal and Plant Protection and Regulation of International and Interprovincial Trade Act |
| WWF | World Wildlife Fund |

### GLOSSARY

Amur tiger – (*Panthera tigris altaica*) Also known as Siberian Tiger, now found primarily in the RFE and Northeastern China. Numbers are estimated to be fewer than 450 in the wild.

Bill of Lading (BOL) – A legal document between the exporter of a particular good and the importer detailing the type, quantity and description of the good being carried. The bill of lading also serves as a receipt of shipment when the good is delivered at the destination.

"Black wood" – Chinese-language term commonly used to refer to wood that has been procured illegally.

Border & Economic Cooperation Zone - A Chinese State Council-approved industrial park created to promote trade. Established in 1999 in Suifenhe, on northeastern Chinese border with Russia.

Boreal forest – Also known as "taiga." An ecosystem characterized by coniferous forests of larch, pines and spruces. Boreal forest covers much of Russia and nearly all inhabited regions of Siberia and the RFE.

Clear-cutting - Logging practice of felling most or all trees in a given area.

Coniferous softwoods – Cone-bearing trees, such as pine, larch, spruce and fir.

Container - Primary form of intermodal storage used for shipping logs, timber and wood products. Dimensions are usually 20 feet (6.1 m) or 40 feet (12.19 m) long.

Federal Forest Code – Russian law revised in 2007 to shift more responsibility to provincial governments and to encourage domestic production of wood products.

Wood flooring types -
1. **Solid** – Flooring comprised of a solid piece of wood.
2. **Engineered** - Flooring that is comprised of multiple layers of veneer wood.
3. **Laminate** - Multi-layer synthetic product which is fused together under lamination process. This type of flooring simulates the appearance of wood.

Federal Forest Agency - Federal agency charged with managing state-owned forests throughout Russia. Provides a variety of services, including: (1) state forest inventory and forest husbandry; (2) forest pathology monitoring; (3) aerial forest fire protection operations.

Forest massif – Mountainous forested area.

Frontier forest -Forests that are relatively undisturbed and large enough to maintain all of their biodiversity, including viable populations of the wide-ranging species associated with each forest type.




Hardwood – Wood from angiosperm (flowering) trees, usually from broad-leaved species in temperate and boreal forests. Common hardwood species in the RFE include: oak, ash, linden (basswood), elm, birch.

Harvesting terms in RFE –

1. **Sanitary** – specially authorized cutting of diseased trees, or those damaged by fire or storms.
2. **Intermediate** – a practice of cutting small trees to provide room for larger trees to grow.

In practice, these two methods are widely abused as loopholes for logging of millions of cubic meters of healthy, valuable old-growth trees.

Korean pine – (*Pinus koraiensis*) tree species native to Northeastern Asia. Critical food species for deer and wild boar, which are the main prey for Siberian tigers.

Mixed Korean-pine broadleaved forest – A temperate and humid biome containing primarily hardwoods such as oak and ash, mixed with coniferous species including Korean pine.

Mongolian oak – (*Quercus mongolica*) A species of oak endemic to the RFE and Northeastern China.

Old growth – Refers to forests that are of significant age and have been left relatively undisturbed. These forests are high in biodiversity and exhibit diverse wildlife.

Plant quarantine certificate – Document stating that phytosanitary requirements have been met.

Protected area – Locations that receive protection due to a recognition of their ecological, cultural and/or natural value(s). Human exploitation of resources in these areas is limited.

Protective area – Russian designation for a special zone where commercial logging is restricted by law, including riverside forests, specially-allocated pine nut harvesting zones, and some nature reserves.

Forest Management Agency of Primorsky Province – Russian administrative body managing a large portion of forest in Siberian tiger habitat.

Roundwood log – Timber that is left in log form and has not been sawn or otherwise manipulated.

Secondary forest – Area which has recovered from a major disturbance, such as timber harvest or fire.

Silviculture – Management practice of controlling forests in planting, growth, composition, health, and quality to meet diverse needs and values of private owners and society in a sustainable manner.

Soviet Era – The period of the Union of Soviet Socialist Republics from roughly 1922 to 1991

Steppe – An ecoregion that is characterized by grassland plains that lack trees.

Stumpage fee – The price that is paid for the right to harvest timber from a given place.

Temperate forest – Forested areas that have high levels of precipitation, humidity and that contain a variety of deciduous trees.

Trans-Siberian railroad – System of railways that link Moscow to the Russian Far East on the Sea of Japan.

UNESCO World Heritage Site – A place that has been designated by UNESCO for its special cultural or physical significance.

Veneer – thin sheets of wood, with a thickness not exceeding six millimeters (less than a quarter of an inch), glued together and commonly used for manufacture of plywood and engineered flooring.

Hardwood flooring, organized crime, and the world's last Siberian tigers

1. Russian customs data. (2012).
2. Putin "smashed to pieces" the work of the forest department. (2013, April 11). RIA Novosti. Retrieved from http://ria.ru/economy/20130411/932180359.html
3. Russian Ministry of Internal Affairs. (2013, August 14). *A large scale operation for decriminalization of the forest sector carried out* Retrieved from: http://mvd.ru/news/item/1151750/
4. Russian Forest News (Rossijskie lesnye vesti), (2013, August 8). Prosecutor General RF Yuri Chaika: 'It is necessary to complete the work on the draft bill for regulation of roundwood trade' Retrieved from http://www.lesvesti.ru/news/news/5562/
5. UN FAO (Food and Agricultural Organization of the United Nations). (2012). The Russian Federation Forest Sector: Outlook Study to 2030. Rome, Italy.
6. Smirnov, D.Y. (ed.) Kabanets, A.G., Milakovsky, B.J., Lepeshkin, E.A., Sychikov, D.V. (2013). Illegal logging in the Russian Far East: global demand and taiga destruction. WWF, Moscow.
7. Lawson, S., & MacFaul, L. (2010). Illegal Logging & Related Trade: Lessons from the Global Response. Chatham House.
8. Kotlobai, A., O. Lopina, Y. Kharchekov, A. Bryukhanov, A. Chegolev and D. Smirnov. (2006). Assessment on the scale of timber of doubtful origin and analysis on measures to promote tracking system in Russian forest-rich regions: North-west, Siberia and Far East. Research report under the framework of Partnership to Promote Responsible Forestry in Russia project between WWF Russia and IKEA. WWF Russia.
9. Lankin, A. (2005). Forest product exports from the Russian Far East and Eastern Siberia to China: Status and trends. Washington, DC: Forest Trends.
10. Smirnov et al. (2013)
11. Precious hardwood exports consisted of Mongolian oak (*Quercus mongolica*), Manchurian ash (*Fraxinus mandschurica*), Japanese elm (*Ulmus propinqua*), Amur linden (*Tilia amurensis*) and Manchurian linden (*Tilia manshurica*).
12. Sheingauz, A.S. (2004). Overview of the forest sector in the Russian Far East: Production, industry and the problem of illegal logging. Washington, DC: Forest Trends.
13. RBK Daily. "Putin went to the forest". April 12, 2013: http://www.rbcdaily.ru/politics/562949986552202
14. Television special Temniy Les ("Dark Forest") on the program Spetsialniy Korrespondent. Television channel Rossiya I. May 21, 2010.
15. APK. (2005) The development strategy of Primorsky Krai 2005. Administration of Primorsky Krai, Vladivostok.
16. "Protective" areas include nature reserves, riparian zones, and zones set aside for pine nut harvesting. "Protected" areas include national or state parks, and carry a stronger legal status
17. Personal communication.
18. Personal communication. In original Chinese language: 你只要是当时没有警察抓你，或者是没有什么。那就说就是我的。
19. Tian, Y. (2008). China's Imports of Russian Timber: Chinese actors in the timber commodity chain and their risks of involvement in illegal logging and the resultant trade. Institute for Global Environmental Strategies (IGES).
20. SFA, MOFCOM. (State Forestry Administration and Ministry of Commerce). (2009). Guide on Sustainable Overseas Forest Management and Utilization by Chinese Enterprises.
21. Chinese customs data.
22. Jordan, Knauff & Company. (2010). Foreign Competition Report for the U.S. Building Products Industry, Issue 2
23. Environmental Investigation Agency, Inc. (2007). *Attention Wal-mart Shoppers: How Wal-mart's Sourcing Practices Encourage Illegal Logging and Threaten Endangered Species.*
24. Russian, Chinese, and United States customs data.
25. Personal communication.
26. Personal communication.
27. Russian, Chinese, and United States customs data.
28. Associated Press. (2013, July 24). Lumber Liquidators Profit Jumps On Higher Sales. Retrieved from http://www.dailybusinessreview.com/PubArticleDBR.jsp?id=1202612222068&Lumber_Liquidators_Profit_Jumps_On_Higher_Sales&slreturn=20130818063441
29. Personal communication. Based on analysis of U.S. customs data and on undercover interviewers with Chinese flooring manufacturers with demonstrated shipments to Lumber Liquidators. In original Chinese language: 绥芬河兴住.
30. Personal communication. In original Chinese language: 而且中国人的手脚伸的非常的远。从它的政治，从它的高官到下面，中国人全都有手脚在里面.
31. Hardwood Floor Magazine. (2011, October 3). *Lumber Liquidators Buys Company in China, Lowers Fiscal Outlook.* http://hardwoodfloorsmag.com/editors/blog/default.aspx?id=678
32. Hardwood Floor Magazine. (2011, October 3)
33. Personal communication. Based on analysis of U.S. customs data and on undercover interviewers with Chinese flooring manufacturers with demonstrated shipments to Lumber Liquidators.
34. [as 33]
35. Personal communication. In original Chinese language: 中国呢，现在，采伐量在逐年下降。所以它也要考虑以后未来的在这块儿能不能供上。因为欧佐质显不行。欧佐像咱们德国法国的佐木质量更不行
36. United States customs data. (2012, 2013).
37. Personal communication.
38. Personal communication. In original Chinese language:"超采的话你就的根政府协调了，通过点变通关系"
39. Personal communication. In original Chinese language:"这时候你就得把这个材砍掉，堆成堆，偷摸拉走，然后你再到别的林场把好材砍下来。充到这"
40. Personal communication. In original Chinese language:"咱们是，中国�container呢，正规外加点不正规，这么做，日本来�&就是要正规，就很难不下去。有些东西像政府疏通啊，官员啥的，他们做的都是一些私下的工作。这样的话它生你不不不去"
41. Personal communication. Confirmed by Xingjia company website. Retrieved from http://www.singagroup.cn/comcontent_detail/&FrontComContent_list01-1375178126346ContId=24c9bb3e-41c7-4a43-a85b-e2a3ad06cfeb&comContentId=24c9b-b3e-41c7-4a43-a85b-e2a3ad06cfeb&comp_stats=comp-FrontComContent_list01-1375178126346.html
42. Personal communication.
43. Tian, Y. (2008)
44. Personal communication.
45. Biryukov, V. (2013, May 14). Forest 'sanitizers'- under arrest. *Pacific Star, Khabarovsk.* http://www.toz.khv.ru/newspaper/chto_proiskhodit/sanitarov_lesa_pod_statyu/
46. Amur Media. (2012, July 25). 'Black loggers' have damaged the Khabarovsk region to the sum of more than 65 million rubles. Retrieved from http://news.mail.ru/inregions/fareast/27/incident/9694033/
47. Personal communication.
48. Russian customs data. (2011)
49. Personal communication.
50. Russian customs data. (2012).
51. Personal communication.
52. Personal communication.
53. Based on analysis of Khabarovsk government figures
54. Biryukov, V. (2013)
55. Biryukov, V. (2013)
56. Biryukov, V. (2013).
57. Russian customs data. (2012)
58. Smirnov et al. (2013)
59. Smirnov et al. (2013)
60. Personal communication.
61. Khabarovsky Province illegal logging statistics.
62. Personal communication.

63. Personal communication.
64. Russian customs data. (2012)
65. Personal communication. In original Chinese language: 像我们企业，那给抚远投资2个亿，市里哪有这种，国家扶植企业。
66. Personal communication.
67. Personal communication.
68. Personal communication. In original Chinese language: 像我们企业，那给抚远投资2个亿，市里哪有这种，国家扶植企业。
69. People's Daily online. (2012, October 14). "黑龙江抚远 "老边贸" 掏尽资建深水港", http://hlj.people.com.cn/n/2012/1014/c220027-17579457.html
70. *Xingjia* (company website). Retrieved from: http://www.singagroup.cn/news_detail/newsId=b2e2c7c2-d065-4665-8907-b459593b575b&comp_stats=comp-FrontNews_list01-1375178010994.html
71. *Xingjia* (company website). Retrieved 9/12/13 from http://www.singagroup.cn/comcontent_detail/&FrontComContent_list01-1375178026346ContId=24c9bb3e-41c7-4a43-a85b-e2a3ad06cfeb&comContenId=24c9bb3e-41c7-4a43-a85b-e2a3ad06cfeb&comp_stats=comp-FrontComContent_list01-1375178026346.html
72. Personal communication.
73. United States customs data. (2011)
74. Personal communication.
75. Personal communication.
76. Personal communication.
77. United States customs data. (2012)
78. United States customs data. (2011)
79. United States customs data. (2012)
80. *Lumber Liquidators* (company website). Retrieved 9/12/13 from http://www.lumberliquidators.com/ll/flooring/about-us?WT.ad=GLOBAL_FOOTER_AboutUs
81. Personal communication.
82. United States customs data. (2012, 2013)
83. Amendments to the Lacey Act from H.R.2419, Sec. 8204. Chapter 53 of Title 16, United States Code. (2008).
84. Hardwood Floors Magazine. (2011, October 3)
85. Personal communication.
86. Amendments to the Lacey Act from H.R.2419, Sec. 8204. Chapter 53 of Title 16, United States Code. (2008).
87. Personal communication.
88. Amendments to the Lacey Act from H.R.2419, Sec. 8204. Chapter 53 of Title 16, United States Code. (2008).
89. Analysis provided by Agroisolab, Jülich, Germany.
90. Stephan, John. (1994). *The Russian Far East: A History*. Stanford, CA: Stanford University Press.
91. Newell, J. et al. (2010). *Keep it Legal Country Guide: Practical Guide for Verifying Timber Origin*

*Legality*. Russia. WWF Russia. Retrieved from http://www.wwf.ru/resources/publ/book/eng/409
92. Newell, J. (2004). *The Russian Far East: a reference guide for conservation and development* (2nd ed.). McKinleyville, Calif.: Daniel & Daniel, Pub, Inc.
93. Newell et al. (2004)
94. Television special Temniy Les. (2010, May 21).
95. Smirnov et al. (2013)
96. Wild Salmon Center. (2012, October 18). *Largest salmon in the world edges toward extinction* [Press Release]. Retrieved from http://www.wildsalmoncenter.org/pdf/IUCN_Taimen_Press_Release.pdf
97. Tian, Y. (2008)
98. Tian, Y. (2008)
99. RIA Novosti. (2013)
100. Kirilenko, A., Sindelar, D. (2011, August 9). As Russian Fires Rage, Forest Rangers Fume. *Radio Free Europe Radio Liberty*. Retrieved from http://www.rferl.org/content/As_Russian_Fires_Rage_Forest_Rangers_Fume/2122983.html
101. UN FAO. (2012)
102. Sohngen, B., Andrasko, K., Gytarsky, M., Korovin, G., Laestadius, L., Murray, B., Utkin, A. Zamolodchikov, D. (2005). *Stocks and Flows: Carbon Inventory and Mitigation Potential of the Russian Forest and Land Base*. World Resources Institute: http://pdf.wri.org/gfw_stocksflows.pdf
103. UN FAO. (2012)
104. UN FAO. (2012)
105. Newell, J. (2004)
106. Newell et al. (2010)
107. Putin, V. (2013, April 11). Speech at the government council meeting on forest complex development. Ulan-Ude.
108. Newell et al. (2010)
109. Avchenko, V. (2011, June 26). Corruption pervades everything", President's representative Ishaev: in the bioresource sector of the Far East 70 billion rubles a year are stolen. *Expert Online*. http://expert.ru/2011/07/26/korruptsiya-pronizala-vse/
110. Federal Forest Agency. (2011) *For information on violations of forest law in 2010*. Retrieved from http://www.rosleshoz.gov.ru/stat/6
111. Smirnov et al. (2013)
112. Newell, J. (2004)
113. Territories of traditional nature use; *territorii traditsionnogo prirodopolzovaniya*
114. Newell, J. (2004)
115. Newell, J. (2004)
116. Krankina, O. and R.L. Ethington. (1995). Forest resources and wood properties of commercial tree species in the Russian Far East. Forest Products Journal 45(10): 20-22.
117. Lebedev, Anatoly. (2005). *Siberian and Russian Far East Timber for China: Legal and Illegal Pathways, Players and Trends*. Forest Trends. Retrieved from http://www.forest-trends.org/publication_details.php?publicationID=109

118. Newell, J. (2004)
119. Economy, E. (2004). *The River Runs Black: the Environmental Challenge to China's Future*. Ithaca, Cornell University Press.
120. USITC [United States International Trade Commission]. (2008, August). *Wood Flooring and Hardwood Plywood: Competitive Conditions Affecting the U.S. Industries*. Investigation No. 332-487, USITC Publication 4032.
121. Lebedev, A. (2005)
122. Russian customs data. (2012)
123. Chinese customs data.
124. Forest Monitor. (2002). Illegal Logging in Russia. Retrieved from http://www.forest.ru/eng/publications/wildeast/02.htm
125. Sheingauz, A. (2004)
126. Newell et al. (2010)
127. Newell, J. (2004)
128. Sheingauz, A. (2004)
129. Kirilenko, A. & Sindelar, D. (2010)
130. RIA Novosti. (2013)
131. Newell, J. (2004)
132. Smirnov et al. (2013)
133. Smirnov et al. (2013); Lebedev, A. (2005)
134. Rosleskhoz. (2010). *For information on violations of forest law in 2010*. Retrieved from http://www.rosleshoz.gov.ru/stat/6
135. Smirnov et al. (2013)
136. Newell, J. et al. (2010)
137. Newell et al. (2010)
138. Sheingauz, A. (2004)
139. UNECE-FAO [United Nations Economic Commission for Europe- Food and Agricultural Organization of the United Nations]. (2001). *Forest and Forest Products Country Profile: Russian Federation*. Geneva, Switzerland.
140. Jacobsen, B. (1999). *Auctions without competition: The case of timber sales in the Murmansk region*. Interim report to the International Institute for Applied Systems Analysis. Luxemburg.
141. RIA Novosti. (2013)
142. Simeone, J. (2013). Russia's Forest Sector and International Trade in Forest Products: Export Taxes on Roundwood, Priority Investment Projects, and WTO Accession. Vestnik, The Journal of Russian and Asian Studies Issue 13, Summer 2013.
143. RIA Novosti. (2013)
144. Personal communication. In original Chinese language: 就是一共采伐权有一百四十多万立方。一年都准许你采个，就是要，给你林票三万米的。实际上你可以，就是你采八万，他查你去吗。
145. Personal communication.
146. Smirnov et al. (2013)
147. Smirnov et al. (2013)
148. Smirnov et al. (2013)
149. Television special Temniy Les. (2010, May 21).

150. UNECE-FAO. (2001)
151. See case of Xingjia in Liquidating the Forest section
152. Morozov, A. (2000). Survey of illegal forest felling activities in Russia. Greenpeace. Retrieved from http://www.forest.ru/eng/publications/illegal/
153. Newell et al. (2010)
154. Personal communication.
155. Avchenko, V. (2011)
156. Russian Forest News. (2013)
157. Personal communication.
158. Smirnov et al. (2013)
159. Personal communication. In original Chinese language: 你若我们收的都是小户，也比较多。这些小户，你比方说他办125万的林票，林业局规划，就在这呢。在这采125方，里面有70方的成本。剩下那些你烧火？给你这么个林票，实际上他可以赚1000万，他就用这个林票，每年次有我的时候我就在这里林票。（老这125？）对。他跟给他这一片实际上也是租赁，就是租给你了，你花点钱，租赁期之内。实际上你想采多少采多少。
160. Newell, J. et al. (2010)
161. Lebedev, A. (2005).
162. Environmental Investigation Agency, Inc. (2007). Attention Wal-mart Shoppers: How Wal-mart's Sourcing Practices Encourage Illegal Logging and Threaten Endangered Species.
163. Newell, J. (2004)
164. Personal communication.
165. Chinese customs data. (2011)
166. Russian customs data. (2012)
167. Russian customs data. (2012)
168. Personal communication. In original Chinese language: 如果你发来信息，我向现在像松好，给我打电话，要什么规格的，你心里有数，各个规格签到价多少钱，我这边汇时，发上给你组织发过去。
169. Multiple websites provide these documents, see for example a Transportation Invoice at: http://www.blanki-blanki.narod.ru/faile/2_torg-12.gif
170. Personal communication. In original Chinese language: 你只要是当时没有警察抓你，或者是没有什么。那就说就是我的。
171. Russian Ministry of Internal Affairs. (2013)
172. Percentage by volume (m³), Russian customs export data.
173. Personal communication.
174. Percentage by volume (m³), Russian customs export data.
175. Tian, Y. (2008)
176. Personal communication.
177. Personal communication.
178. Personal communication, see "Liquidating the Forests", p. 12
179. Personal communication.
180. Personal communication.
181. Smirnov et al. (2013)
182. Lebedev, A. (2005)
183. Russian customs data. (2011).
184. China News Network. (2013, April 20). Suifenhe: Chinese-made household goods favored by Russians. Retrieved from http://finance.chinanews.com/cj/2013/04-20/4748330.shtml

185. Sun, X. & Canby, K. (2010, November). China: Overview of Forest Governance, Markets and Trade. Forest Trends, for FLEGT Asia Regional Programme.; Newell, Josh.(2008) Strategies to Reduce Export of Illegal Timber from Russia to China, WWF International.
186. Personal communication.
187. http://www.usitc.gov/research_and_analysis/tradeshifts/2010/forest.htm
188. Personal communication. In original Chinese language: 中华人民共和国海关对加工贸易货物监管办法。
189. Personal communication. In original Chinese language: Mr. Du: 它是这样，中国出口有两种，有两种方式。一种是一般贸易，一种是加工贸易。但是加工贸易都是原材料来自于国外，这个在报关单上要体现出来。一般贸易不用确。体现树种就可以了。但是呢，一般贸易在中国要上百分之十的关税。现在，这这样。然后我们在中国的当地呢，有的家都做那个加工贸易手册不是嘛。然后呢我们都花线买它的。
EIA: 那这样等于你就免税了是吧？
Mr. Du: 不，我们可以省钱。我用人家的手册我要付给人家钱。因为本身你这个百分之十你不交了嘛，然后呢他把他的手册给你，就是说给你花上万5000块钱，大框是10000，含报关报检加几点税。基本上省一半的费用。
EIA: 那即将的话你用名称用谁的啊？
Mr. Du: 就是用加工贸易家嘛，谁的手册用谁家的。所有的单据，名称，发货人都是算张三的。但是合同是跟兴柱的。
EIA: 对阿，我就说跟你签了的话，这样的话我不知道这边报关会不会有问题。
Mr. Du: 你那个报关不会有问题。那个合同由他们可以做两份，一个你们国内报关用，就是入境的时候用啊。咱们正常的贸易再做一份。
190. Chinese Customs book law: 中华人民共和国海关对加工贸易货物监管办法。
191. International Wood Markets Group. (2006).; USITC. (2008)
192. USITC. (2008)
193. USITC. (2008)
194. USITC. (2008)
195. Smirnov et al. (2013)
196. Sun, X. & Canby, K. (2010)
197. ITTO. (2007, March 16-31) Tropical Timber Market Report, 10
198. Sun, X. & Canby, K. (2010)
199. Sun, X. & Canby, K. (2010)
200. Sun, X. & Canby, K. (2010)
201. Sun, X. & Canby, K. (2010)
202. Chinese customs data
203. Jordan, Knauff & Company. (2010)
204. Sources of data: China Customs, complied by Forest Trends; China's Forestry Statistical Yearbook (various issues), China Forestry Publishing House.
205. Research in China. (2013). China Wood Flooring Industry Report, 2012-2013.
206. UNEP and INTERPOL, Green Carbon, Black Trade: Illegal Logging, Tax Fraud and Laundering in the World's Tropical Forests (2012), available at http://www.unep.org/pdf/RRAlogging_english_scr.pdf.

207. Ibid.
208. Seneca Creek Associates. (2004, November). "Illegal" Logging and Global Wood Markets: The Competitive Impacts on the U.S. Wood Products Industry
209. Lawson, S., and MacFaul, L. (2010)
210. Under U.S. Lacey Act, timber is "illegal" if taken, possessed, transported, or sold in violation of an underlying law in any foreign country or the U.S. Applicable laws include those which protect plants or regulate the following: theft of trees; taking trees from an officially protected area; taking trees without the required authorization; failure to pay appropriate royalties, taxes or fees associated with the plant's harvest, transport or commerce; or laws governing export or transshipment, such as a log export ban.
211. Environmental Investigation Agency. (2007). No Questions Asked: The Impacts of U.S. Market Demand for Illegal Timber – and the Potential for Change.
212. Thomas Swegle, The Lacey Act and Due Care, Environment and Natural Resources Division, U.S. Department of Justice, http://www.worldwildlife.org/what/globalmarkets/forests/WWFBinaryitem24868.pdf,
213. In re Hulbig, 7 O.R.W. 266 (NOAA July 16, 1993), citing Newell v. Baldridge, 548 F. Supp. 39 (W.D. Wash. 1982) (wildlife importer failed to satisfy due care requirement by not inquiring about legality of shipper's operations); see also In re Vo; 2002 WL 31742934 (NOAA Oct. 22, 2002) (commercial fishermen). As quoted in Arnold and Porter..
214. Report of the Rural and Regional Affairs and Transport Legislation Committee of the Senate on the Illegal Logging Prohibition Bill 2011, Feb 2012, p41
215. The relevant provision in Canada's enabling legislation for CITES, which is called the Wild Animal and Plant Protection and Regulation of International and Interprovincial Trade Act (WAPPRIITA), states: No person shall import into Canada any animal or plant that was taken, or any animal or plant, or any part or derivative of an animal or plant, that was possessed, distributed or transported in contravention of any law of any foreign state. Section 6 (1)
216. Environmental Investigation Agency. (2012). Appetite for Destruction: China's trade in illegal timber.
217. EIA. (2012)





**EIA — WASHINGTON, DC**

PO Box 53343, Washington, DC 20009, USA
TEL +1 202 483 6621
FAX +1 202 986 8626
EMAIL info@eia-global.org

WWW.EIA-GLOBAL.ORG

**EIA — LONDON**

62/63 Upper Street, London N1 0NY, UK
TEL +44 (0) 20 7354 7960
FAX +44 (0) 20 7354 7961
EMAIL ukinfo@eia-international.org

WWW.EIA-INTERNATIONAL.ORG