UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | | |
|---|---|---|
| In Re LUMBER LIQUIDATORS HOLDINGS INC. SHAREHOLDER DERIVATIVE LITIGATION | ) ) ) ) ) ) | No. 4:15-cv-00016-AWA-LRL<br><br>SHAREHOLDER DERIVATIVE ACTION |

## ORDER GRANTING MOTION FOR WITHDRAWAL AND FOR SUBSTITUTION OF COUNSEL

In consideration of the Motion of Lyle Roberts, COOLEY LLP, for an Order allowing his withdrawal as counsel of record herein for Defendant William K. Schlegel and the substitution of Elizabeth Solander, HUGHES HUBBARD & REED LLP, it is therefore,

ORDERED that the Motion be and is hereby GRANTED.

_/s/_
Arenda L. Wright Allen
United States District Judge

7·22· , 2015
Norfolk, Virginia

_____
Arenda L. Wright Allen
UNITED STATES DISTRICT JUDGE